UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEREDITH K. MURPHY,

                    Plaintiff,

against

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

CIVIL ACTION NO.: 20 Civ. 1419 (SLC)

**ORDER TO SHOW CAUSE**

**SARAH L. CAVE,** United States Magistrate Judge:

A complaint and the administrative record having been filed in this matter, Defendant is hereby ordered to send one courtesy copy of the administrative record, marked as such on a cover page, to Chambers by **Wednesday, September 9, 2020**. The courtesy copy should bear the ECF header generated at the time of electronic filing and include protruding tabs for any exhibits. Bulky materials should be two-sided, and neatly-bound or placed in 3-ring binders, with appropriate dividers.

Dated:      New York, New York
             August 26, 2020

SO ORDERED

_(signature)_
**SARAH L. CAVE**
**United States Magistrate Judge**