

13 October 2020

Honorable Sarah L. Cave
U.S. Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> Plaintiff's Letter-Motion for a 30 day extension of the briefing schedule (ECF No. 20) is GRANTED and the proposed amended briefing schedule set forth by Plaintiff is ADOPTED.  Plaintiff's motion is due by **Wednesday, November 18, 2020**.
>
> The Clerk of Court is respectfully directed to close ECF No. 20.
>
> SO-ORDERED 10/14/2020
>
> _SARAH L. CAVE_
> United States Magistrate Judge

Re: Murphy v. Comm'r of Social Security, 20 CV 01419 (SLC)

Dear Magistrate Judge Cave:

    I represent the plaintiff, Meredith Murphy, in her Social Security appeal. I appeared in this case in late August, after the action was filed. (Dkt. 16)  I write now to respectfully request an amendment to the current briefing schedule.  This is Plaintiff's first request for a change to the schedule, and this request is made with the consent of opposing counsel.

    I ask for an amendment to the current briefing schedule to accommodate an additional 30 days to file Plaintiff's motion.  Currently, the briefing schedule is as follows:

(1) Plaintiff's motion and accompanying memorandum of law is due on or by October 19, 2020;

(2) Defendant's cross motion and accompanying memorandum of law is due on or by December 18, 2020; and

(3) Plaintiff's reply, if any, is due on or by January 15, 2021.  (Dkt. 19)

    I respectfully request the following changes to the current scheduling order as follows:

(4) Plaintiff's motion and accompanying memorandum of law is due on or by November 18, 2020;

40 Rector St, 9th Fl, New York, NY 10006
Tel: 646.602.5600 | Fax: 212.533.4598
urbanjustice.org | @urbanjustice

(5) Defendant's cross motion and accompanying memorandum of law is due on or by January 19, 2021; and

(6) Plaintiff's reply, if any, is due on or by February 5, 2012.

      I make this request because two of the attorneys in my small unit recently resigned and this staffing change requires a re-allocation of current cases to remaining staff, including myself. In addition, I personally have experienced some minor medical issues which should resolve by the end of this month but which have resulted in unexpected absences.  The dates proposed in this letter are acceptable for Defendant, as well.

      Thank you for considering this request.

Sincerely,

*/s/ Ann P. Biddle*

Ann P. Biddle
Litigation Supervisor
Mental Health Project


cc:    AMANDA F. PARSELS
       Assistant United States Attorney
       Southern District of New York
       86 Chambers Street, 3rd Floor
       New York, NY 10007
       (212) 637-2780
       Amanda.Parsels@usdoj.gov


Filed via ECF