

6 November 2020

Honorable Sarah L. Cave
U.S. Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> The parties' Letter-Motion for an extension of time to file Plaintiff's Motion (ECF No. 22) is GRANTED.  The deadline to file Plaintiff's Motion is EXTENDED until **Friday, December 18, 2020.**
>
> The Clerk of Court is respectfully directed to close ECF No. 22.
>
> SO-ORDERED 11/9/2020
>
> _Sarah L. Cave_
> SARAH L. CAVE
> United States Magistrate Judge

Re: Murphy v. Comm'r of Social Security, 20 CV 01419 (SLC)

Dear Magistrate Judge Cave:

  I represent the plaintiff, Meredith Murphy, in her Social Security appeal, and Amanda Parsels represents the defendant, Commissioner of Social Security.  We write to request an amendment to the current briefing schedule in order to allow potential settlement negotiations to continue.  This is a joint request.

  Ms. Parsels will continue to confer with the Agency regarding possible settlement but notes that it will take at least an additional 14 days for the Agency to respond.

  We request that the time for Plaintiff to file her motion be extended for 30 days but that no other dates be amended.  This would allow settlement discussion to continue yet not delay the overall action past current final deadlines.  This is Plaintiff's second request for a change to the schedule.

The briefing schedule is currently as follows (Dkt. 21):

- Plaintiff's Motion for Judgment on the Pleadings (November 18, 2020)
- Defendant's Cross-Motion for Judgment on the Pleadings (January 19, 2021)
- Plaintiff's Reply (February 5, 2021)

The new proposed deadlines are as follows:

- Plaintiff's Motion for Judgment on the Pleadings (December 18, 2020)

- Defendant's Cross-Motion for Judgment on the Pleadings (January 19, 2021)(unchanged)
- Plaintiff's Reply (February 5, 2021)(unchanged)

Thank you for your consideration of this request.

Sincerely,

Ann P. Biddle
Litigation Supervisor
Mental Health Project

/s/ Amanda F. Parsels

AMANDA F. PARSELS
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-2780

Filed via ECF