**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
MEREDITH MURPHY,

                        Plaintiff,                      20 **CIVIL** 1419 (SLC)

      -v-                                     **JUDGMENT**

ANDREW M. SAUL
Commissioner of Social Security,
                            Defendant.
----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated November 23, 2020, that the decision of the

Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is,

remanded for further administrative proceedings pursuant to the fourth sentence of § 205(g) of the

Social Security Act, 42 U.S.C. § 405(g).


**Dated:** New York, New York
        November 23, 2020

                                   **RUBY J. KRAJICK**
                            _____
                                 **Clerk of Court**
        **BY:**
                                   **Deputy Clerk**